**Andrew Levchuk**
**Counsellor at Law**
**7 North Pleasant Street**
**Suite 2-D**
**P.O. Box 810**
**Amherst, MA 01004**
**(413) 461-4530**
alevchuk@agllegalnet.com
www.agllegalnet.com

September 9, 2020

BY ECF

Hon. Katherine Polk Failla
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**RE:  United States v. Ayodele Adeniran, No. 1:16-cr-00672-KPF**

Dear Judge Failla:

Ayodele Adeniran requests that he be allowed to submit FCI Fort Dix medical records as a sealed exhibit to his motion for compassionate release.  Dkt. No. 186.  Given the privacy interests involved, Mr. Adeniran's medical records should not be available to anyone but the Court and the parties.

Respectfully submitted,

*/s/ Andrew Levchuk*
Andrew Levchuk

cc: All counsel via ecf
    Mr. Ayodele Adeniran (by first-class mail)

**MEMO ENDORSED**

```
Application GRANTED. Defendant is permitted to file his medical records
under seal, viewable to the Court and parties only.
```

Dated:   September 10, 2020          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE