UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

AYODELE ADENIRAN,

Defendant.

16 Cr. 672-2 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

This Court has received the *pro se* application of Defendant Ayodele Adeniran for compassionate release, in the form of immediate release to home confinement or a sentence reduction to time served, pursuant to 18 U.S.C. § 3582(c)(1)(A).  (*See* Dkt. #202).  The Government is hereby ORDERED to respond to Mr. Adeniran's application on or before **February 23, 2022**.

SO ORDERED.

Dated:   January 24, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge