UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>AYODELE ADENIRAN,<br><br>Defendant. | 16 Cr. 672-2 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      According to the Revised Final Pre-Sentence Investigation Report, Defendant Ayodele Adeniran may be eligible for a sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines, which amendment went into effect on November 1, 2023, and applies retroactively. (Dkt. #207). In reviewing the docket, the Court notes that Mr. Adeniran, who has at times proceeded *pro se* in this case, has not yet filed a motion to request the Court consider a sentence reduction. Should Mr. Adeniran desire to file such a motion, and should he believe that he would benefit from the appointment of counsel to assist in preparing such a motion, the Court hereby directs Elizabeth E. Macedonio as counsel under the Criminal Justice Act ("CJA") to confer with Mr. Adeniran on or before **August 20, 2024,** regarding his interest in filing such a motion. If Mr. Adeniran does not wish to file a motion or wishes to do so *pro se*, Ms. Macedonio can so advise the Court and the Court will consider Ms. Macedonio's obligations to be discharged.

The Clerk of Court is directed to mail a copy of this Order to Mr. Adeniran at the following address:

Ayodele Adeniran
Reg. No. 78249-054
Federal Correctional Institute Fort Dix
P.O. Box. 2000
Joint Base MDL, NJ 08640

SO ORDERED.

Dated:  June 20, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge